

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Elisio Atenia Lorenzo

Plaintiff,

V.

Mr. Figueroa, Warden; Estrada, Detention Officer

Defendant.

Civil Action No.   16cv1719-DMS

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is denied.

Date:   8/8/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Finnell-Yepez

A. Finnell-Yepez, Deputy